NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUN 25 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   20-30086 |
| Plaintiff-Appellee, | D.C. No. 3:13-cr-00234-SI-1 |
| v. | |
| JONATHAN N. MILLAGE, | ORDER* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Michael H. Simon, District Judge, Presiding

Argued and Submitted June 4, 2020
Pasadena, California

Before: CALLAHAN and NGUYEN, Circuit Judges, and KANE,** District
Judge.

The appellant's motion to voluntarily dismiss this appeal is granted. This

order constitutes the mandate of this court.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The Honorable Yvette Kane, United States District Judge for the
Middle District of Pennsylvania, sitting by designation.